02-11-243-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00243-CV

 

 


 
 
 Reginald Dale Peters
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 355th
District Court OF Hood COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On February
6, 2012, we notified appellant that his brief had not been filed as required by
Texas Rule of Appellate Procedure 38.6(a).  See Tex. R. App. P.
38.6(a).  We stated we could dismiss the appeal for want of prosecution unless
appellant or any party desiring to continue this appeal filed with the court
within ten days a response showing grounds for continuing the appeal.  See
Tex. R. App. P. 42.3.  We have not received any response.

On
November 23, 2011, appellant filed a “Motion To Correct Erroneous Filing
Fee’s.”  We have considered that motion.

Because
appellant’s brief has not been filed, we dismiss the
appeal for want of prosecution and deny the “Motion To Correct Erroneous Filing
Fee’s.”  See Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).”

 

PER CURIAM

 

PANEL: 
GABRIEL,
J; LIVINGSTON, C.J.; and DAUPHINOT, J.  

 

DELIVERED: 
March 1, 2012









[1]See Tex. R. App. P. 47.4.